RECEIVED IN CHAMBERS OF HON. STERLING JOHNSON, JR.
OCT 4 2011
TIME A.M. ___ P.M. ___

Kertena Seabrook
Reg #77198-053, Unit A3
Alderson Federal Prison Camp
P.O. Box A
Alderson, W.V. 24910
September 27, 2011

Honorable Sterling Johnson Sr.
225 Cadman Plaza East
Courtroom 6B
Brooklyn, N.Y. 11201

Dear Honorable Johnson;

My name is Kertena Seabrook. On October 19, 2010 I was sentenced by you to 27 months in federal prison. Also has part of my probation period I have six months of electronic monitoring.

It's been told to me by several staff members that you will review my case every six months to see my progress and also you can make possible sentence reductions.

I've been in prison almost nine months now. I have never had an incident report, I work as a Teacher's Aide assisting fellow inmates to strive for their goal to get their GED. I have obtained 10 certificates for different classes offered her from Parenting to Technology. I've been striving everyday →

to become a better person in life. I've also lost over 100 lbs. I was not proud of the person I was when I came here. I hated myself. It's amazing what God and 9 months of prison can do for a person.

I don't know what the necessary steps are, but I would like to be considered for a sentence reduction. This prison is over populated. I have a eight-year old daughter who despartly needs her mom. I also have restitution to pay. I'm ready to be released and work to pay back my debt to the government.

This may seem like an impossible task, but I know through God anything is possible. I am begging that you please consider my request for a sentence reduction. Thank you in advance for your cooperation regarding this matter.

Sincerely

[signature]